FILED
ASHEVILLE, NC

MAY - 2 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:12cr32 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEIDRE MICHELLE BASHAM, et al. | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

Respectfully submitted, on this 2nd day of May, 2012.

THE HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE JUDGE