# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:12 cr 32-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DERRICK TIMOTHY DAVIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came on before the Court for the purpose of a Rule 11 proceeding on August 15, 2012. At that time, counsel for defendant and the Assistant United States Attorney requested that the Rule 11 proceeding be continued until August 16, 2012. Defendant is presently being held in custody and had not been brought from the detention facility to the United States Courthouse in Asheville, NC for the Rule 11 proceeding. It appearing that good cause has been shown for the granting of such continuance.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Rule 11 proceeding in the above entitled matter is continued until **August 16, 2012.**

Signed: August 16, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge